No. 20-73314

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

**Save Our Skies LA,**

Petitioner,

v.

**Federal Aviation Administration** and **Stephen M. Dickson**, in his official capacity as Administrator, Federal Aviation Administration,

Respondents.

On petition for review of decision by the Federal Aviation Administration, pursuant to 49 U.S.C. § 46110

# Notice of Filing of Certified List of the Administrative Record


JEAN E. WILLIAMS
*Deputy Assistant Attorney General*
JAMES A. MAYSONETT
*Attorney, Appellate Section*
*Environment & Natural Resources Division*
*United States Department of Justice*
*P.O. Box 7415*
*Washington, D.C. 20044*
*(202) 305-0216*
*james.a.maysonett@usdoj.gov*

Pursuant to Fed. R. App. Proc. 17(b)(1)(B), respondents Federal Aviation Administration ("FAA") and Stephen M. Dickson, in his official capacity as Administrator, Federal Aviation Administration, file the attached certified list of the administrative record in this petition for review.

Copies of this certified list, together with the administrative record, are being served today on counsel, in accordance with the attached certificate of service.

Respectfully submitted,

JEAN E. WILLIAMS
Deputy Assistant Attorney General

*/s/ James A. Maysonett*
_______________________

JAMES A. MAYSONETT
Attorney, Appellate Section
Environment & Natural Resources Division
United States Department of Justice
P.O. Box 7415
Washington, D.C. 20044
(202) 305-0216
james.a.maysonett@usdoj.gov

February 4, 2020
90-13-1-16182

**CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of February, 2020, the foregoing Notice, along with the Certified List of the Administrative Record, have been served on the Court and all counsel via the appellate CM/ECF system, and that the administrative record has been served upon counsel by file-sharing service.

*/s/ James A. Maysonett*

JAMES A. MAYSONETT